# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0256.  DRAWDY CPA SERVICES, LLC, et al. v. NORTH GA CPA SERVICES, P. C., et al.**

Drawdy CPA Services, LLC and John T. Drawdy, Jr., filed suit against North GA CPA Services, PC and Jamie Howell Pritchett based upon the alleged violation of an employment agreement.  In connection with the suit, the plaintiffs sought an emergency interlocutory injunction.  The trial court denied the motion, and the plaintiffs seek interlocutory review of this ruling.[1]

The denial of a motion for interlocutory injunction is directly appealable. See OCGA § 5-6-34 (a) (4); *West 80 Investors v. Chequers Investment Associates,* 214 Ga. App. 673, 674 n.1 (448 SE2d 735) (1994).  Under OCGA § 5-6-35 (j), this court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED.  The plaintiffs shall have 10 days from the date of this order to file a notice of appeal with the trial court.  The trial court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The plaintiffs filed their application in the Supreme Court, which transferred the matter to this Court.